

FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUN 1 4 2017

By: James N. Hatten, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
DIVISION

UNITED STATES OF AMERICA

v.

MATTHEW BEVAN COX

Criminal Action Nos.
1:05-CR-456-TCB-LTW
1:07-CR-99-TCB-LTW
1:07-CR-100-TCB-LTW
1:07-CR-101-TCB-LTW

## CONSENT ORDER

This matter is before the Court upon the joint motion of the United States and Defendant for a reduction of Defendant's sentence under Federal Rule of Criminal Procedure 35. Having considered the factual basis for the reduction of Defendant's sentence, the Court finds that Defendant Cox provided substantial assistance in the investigation and prosecution of individuals in another district and that the substantial assistance provided merits a reduction of his sentence by three-levels. Hence, the joint motion is hereby GRANTED.

Accordingly, the Court ORDERS that Matthew Bevan Cox is hereby sentenced to serve a term of imprisonment of 151 months as to his convictions for bank fraud and conspiracy, followed by a consecutive sentence of 24 months for his aggravated identity theft conviction. All other terms of the judgment and commitment entered in these cases remain unchanged.

In entering this Order, the Court takes notice of the considerations, acknowledgements, and agreements of the parties outlined in the joint motion for reduction of sentence.

SO ORDERED THIS __14th__ day of JUNE, 2017.

TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

Prepared by:
Kelly K. Connors, Assistant United States Attorney
(404) 581- 4639

Consented to by:
Leigh Ann Webster, Counsel for Defendant